Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W. 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.792.7102 / F: 907.277.1390
E: egrafe@earthjustice.org

Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751 / F: 907.463.5891
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Alaska Wilderness League, et al.*

Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
T: 360.534.9900
E: nlawrence@nrdc.org

Jared E. Knicley (Va. Bar No. 84060) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street NW, Suite 300
Washington, DC 20005
T: 202.513.6242 / F: 202.289.1060
E: jknicley@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ALASKA WILDERNESS LEAGUE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SALLY JEWELL, *et al.*,<br><br>*Defendants*,<br><br>and<br><br>ALASKA OIL AND GAS ASSOCIATION,<br><br>*Intervenor-Defendant.* | Case No. 3:15-cv-00067-SLG<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

Notice is hereby given that Alaska Wilderness League, Center for Biological Diversity, Greenpeace, Inc., Natural Resources Defense Council, Resisting Environmental Destruction on Indigenous Lands, and Sierra Club, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Re Cross-Motions for Summary Judgment, entered in this case on July 2, 2015, Doc. 59, and all interlocutory orders that gave rise to that order.

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Plaintiffs' Representation Statement is attached hereto.

Respectfully submitted this 7th day of July, 2015.

*s/ Erik Grafe*

Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.792.7102
E: egrafe@earthjustice.org

Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Alaska Wilderness League, Center for Biological Diversity, Greenpeace, Inc., Resisting Environmental Destruction on Indigenous Lands, and Sierra Club*

*s/ Nathaniel S.W. Lawrence (consent)*
Nathaniel S.W. Lawrence (Wash. Bar No. 30847)
(*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
T: 360.534.9900
E: nlawrence@nrdc.org

Jared E. Knicley (Va. Bar No. 84060) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street NW, Suite 300
Washington, DC 20005
T: 202.513.6242
E: jknicley@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2015, a copy of foregoing PLAINTIFFS' NOTICE OF APPEAL, with an attachment, was served electronically on Meredith Lisa Flax, David B. Glazer, Jeffrey W. Leppo, and Ryan P. Steen.

*s/ Erik Grafe*
Erik Grafe