Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W. 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.792.7102 / F: 907.277.1390
E: egrafe@earthjustice.org

Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751 / F: 907.463.5891
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Alaska Wilderness League, et al.*

Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
T: 360.534.9900
E: nlawrence@nrdc.org

Jared E. Knicley (Va. Bar No. 84060) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street NW, Suite 300
Washington, DC 20005
T: 202.513.6242 / F: 202.289.1060
E: jknicley@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| ALASKA WILDERNESS LEAGUE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SALLY JEWELL, *et al.*,<br><br>*Defendants*,<br><br>and<br><br>ALASKA OIL AND GAS ASSOCIATION,<br><br>*Intervenor-Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:15-cv-00067-SLG<br><br>**PLAINTIFFS' MOTION FOR EXPEDITED BRIEFING SCHEDULE AND CONSIDERATION** |

Pursuant to Local Rule 7.2(c), Plaintiffs request this Court enter an order establishing a briefing schedule that allows for a decision no later than Thursday, July 16, 2015, on Plaintiffs' Rule 62(c) Motion for Injunction Pending Appeal, filed today (Doc. 63). This expedited schedule is necessary to allow the Court to consider and resolve Plaintiffs' motion for injunction pending appeal before Shell Gulf of Mexico, Inc.'s (Shell's) proposed exploration activities begin in the Chukchi Sea and cause irreparable harm to the Pacific walrus population.

Plaintiffs believe Shell will begin its large-scale exploration operations in the Chukchi Sea imminently. The Letter of Authorization permits drilling to begin on July 1, 2015.[1] Shell is already staging its drilling vessels to begin exploration. At least one of Shell's drilling rigs, the *Polar Pioneer,* is in Dutch Harbor, Alaska.[2] At least one of Shell's support vessels has already left Dutch Harbor, en route to the drill sites in the Chukchi Sea.[3] Thus, assuming Shell receives its remaining authorizations, Plaintiffs believe it can begin full operations in the Chukchi Sea in as soon as the next two weeks.

An expedited schedule allowing for briefing and decision on Plaintiffs' motion for an injunction pending appeal prior to Thursday, July 16, 2015, is needed to ensure that complete relief can be granted to Plaintiffs and that, if necessary, Plaintiffs have an opportunity to present a motion to the court of appeals. Plaintiffs, therefore, propose that any responses to the motion for injunction pending appeal be filed no later than 5:00 p.m. (AKDT) on Tuesday, July 14, 2015. Plaintiffs will file a reply as needed no later than 5:00 p.m. (AKDT) on Wednesday, July

---

[1] Ex. 1 at 1.

[2] *See* Ex. 2 (showing location of *Polar Pioneer* to be in Dutch Harbor as of July 8, 2015); Ex. 3 at 18 (naming the *Polar Pioneer* as one of Shell's Mobile Offshore Drilling Units).

[3] *See* Ex. 4 (showing, under "Voyage Related Info," that as of July 3, 2015, the support vessel *Aiviq* left Dutch Harbor headed to the Chukchi Sea); Ex. 3 at 23 (naming the *Aiviq* as a support vessel).

15, 2015. This is a reasonable schedule because the motion is short, does not repeat argument from the summary judgment briefing, and instead focuses on the equities of an injunction.

Counsel for Plaintiffs contacted counsel for Federal Defendants and Intervenor Defendants, and both indicated they oppose the motion to expedite.

Respectfully submitted this 8th day of July, 2015.


*s/ Erik Grafe*

Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.792.7102
E: egrafe@earthjustice.org

Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Alaska Wilderness League, Center for Biological Diversity, Greenpeace, Inc., Resisting Environmental Destruction on Indigenous Lands, and Sierra Club*

*s/ Nathaniel S.W. Lawrence (consent)*

Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
T: 360.534.9900
E: nlawrence@nrdc.org

Jared E. Knicley (Va. Bar No. 84060) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street NW, Suite 300
Washington, DC 20005
T: 202.513.6242
E: jknicley@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2015, a copy of the foregoing PLAINTIFFS' MOTION FOR EXPEDITED BRIEFING SCHEDULE AND CONSIDERATION, with accompanying exhibits and Proposed Order, was served electronically on Meredith Lisa Flax, David B. Glazer, Jeffrey W. Leppo, and Ryan P. Steen.

*s/ Erik Grafe*
Erik Grafe

## TABLE OF EXHIBITS

| Exhibit No. | Description |
|---|---|
| 1 | U.S. Fish and Wildlife Service, Letter of Authorization, Incidental Take (15-CS-02) (June 30, 2015) |
| 2 | AIS Marine Traffic, Live Ships Map, Location of *Polar Pioneer*, *available at* http://www.marinetraffic.com/en/ais/home/shipid:712906/zoom:10 (last visited July 8, 2015) |
| 3 | Shell Gulf of Mexico Inc., Exploration Plan, App. C, Environmental Impact Analysis, Revision 2, Chukchi Sea, Alaska, Burger Prospect: Posey Area Blocks 6714, 6762, 6764, 6812, 6912, 6915, Chukchi Sea Lease Sale 193 (Mar. 2015) (excerpts) |
| 4 | AIS Marine Traffic, Live Ships Map, Location of *Aiviq*, *available at* http://www.marinetraffic.com/en/ais/details/ships/367141000 (last visited July 8, 2015) |